# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1596
_____

ADAM S. BURKE,

Appellant,

v.

MOLLY E. BURKE,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
David Rimmer, Judge.

December 3, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Adam S. Burke, pro se, Appellant.

No appearance for Appellee.